UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>THE STUDIO @ HOTEL BERRY, et al.,<br><br>Defendants. | Case No.  2:24-cv-3395-DJC-JDP (PS)<br><br><br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 28, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The proposed Findings and Recommendations filed April 28, 2025 are ADOPTED; and

     2. The Clerk of Court is directed to close this case for Plaintiff's failure to pay the filing fee.

     IT IS SO ORDERED.

Dated: **May 30, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2